UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM (BILL) LAWSON and JACQUELINE LAWSON,** )<br><br>Plaintiffs, )<br><br>v. )<br><br>**LYDIG CONSTRUCTION, INC., a foreign corporation,** )<br><br>Defendant. ) | CASE NO. CV14-2874-CAS (JCGx)<br><br>**[PROPOSED]** ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1         The Court, having read the Recitals and Stipulation of Counsel hereby

2  Orders that Plaintiff William Lawson's entire complaint against Defendant

3  Lydig Construction, Inc., as captioned above, including all causes of action

4  alleged therein, is hereby dismissed with prejudice; and all parties shall bear

5  their own attorneys' fees and costs.

7         IT IS SO ORDERED.

9  Dated:  <u>August 2, 2016</u>

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE